**DISMISS and Opinion Filed May 22, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-23-00230-CV**

**JP-8 COMM, LLC, JP-25 WASHINGTON, LLC, JP-44 MONT, LLC, JP-60 MONT, LLC, JP-601 COURT, LLC, JP-BERHAM, LLC, JP-DECATUR, LLC, JP-GOODLETT, LLC, JP-CB, LLC, AND LIBERTY BANKERS INSURANCE CO., Appellants**
**V.**
**SARAH CATHERINE NORRIS ALFORD AND WMC VISTA HOLDINGS, LLC, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03896-2021**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Smith

Before the Court is appellants' motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Smith//
230230f.p05             CRAIG SMITH
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JP-8 COMM, LLC, JP-25
WASHINGTON, LLC, JP-44
MONT, LLC, JP-60 MONT, LLC,
JP-601 COURT, LLC, JP-BERHAM,
LLC, JP-DECATUR, LLC, JP-
GOODLETT, LLC, JP-CB, LLC,
AND LIBERTY BANKERS LIFE
INSURANCE CO., Appellants

No. 05-23-00230-CV          V.

SARAH CATHERINE NORRIS
ALFORD AND WMC VISTA
HOLDINGS, LLC, Appellees

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-03896-
2021.
Opinion delivered by Justice Smith.
Justices Molberg and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees SARAH CATHERINE NORRIS ALFORD
AND WMC VISTA HOLDINGS, LLC recover their costs of this appeal from
appellants JP-8 COMM, LLC, JP-25 WASHINGTON, LLC, JP-44 MONT, LLC,
JP-60 MONT, LLC, JP-601 COURT, LLC, JP-BERHAM, LLC, JP-DECATUR,
LLC, JP-GOODLETT, CCL, JP-CB, LLC, AND LIBERTY BANKERS LIFE
INSURANCE CO.

Judgment entered this 22nd day of May, 2023.